ELECTRICAL ENTERPRISES, INC., Appellant, *v.* JACOB JANOS et al., Respondents.

Argued March 5, 1946; decided April 18, 1946.

*Morway Picket* for appellant.

*Isidor Enselman, Frederick Zorn* and *Lester Samuels* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.